**FILED**

SEP 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,          )     No. 07-70574 WDB
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )     ORDER TO UNSEAL CRIMINAL
MICHAEL MARTIN,                    )     COMPLAINT AND SUPPORTING
JESSICA SANDERS,                   )     AFFIDAVIT
MICHAEL ANDERSON, and              )
DIALLO MCLINN,                     )
                                   )
          Defendants.              )
                                   )

     Good cause appearing therefore, it is hereby ordered that the criminal complaint, affidavit in support of the criminal complaint, and all related papers in the above matter are unsealed.

DATED: September 26, 2007

HON. NANDOR VADAS
United States Magistrate Judge