1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 92612
Phone: (510) 637-3717

7 | Fax: (510) 637-3724
shashi.kewalramani@usdoj.gov

8

9 | Attorneys for United States of America

**FILED**

**SEP 2 6 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,                )    No. 07-70574 WDB
                                            )
14 |        Plaintiff,                       )
                                            )
15 |    v.                                   )    UNITED STATES' APPLICATION TO UNSEAL
                                            )    COMPLAINT AND ALL SUPPORTING
16 | MICHAEL MARTIN,                         )    DOCUMENTS
     JESSICA SANDERS,                        )
17 | MICHAEL ANDERSON, and                   )
     DIALLO MCLINN,                          )
18 |                                         )
         Defendants.                         )
19 | _____ )

20 |        The United States hereby moves this Court to unseal the Affidavit of DEA Special Agent

21 | William Todd Armstrong in support of the criminal complaint, the criminal complaint and all

22 | attachments, and the Court's Order. Because three of the defendants were arrested on September

23 | 26, 2007, there is no need to maintain the documents under seal.

24 | DATED: September 26, 2007          Respectfully submitted,

25 |                                    SCOTT N. SCHOOLS
                                       United States Attorney
26 |

27 |                                    H. H. (SHASHI) KEWALRAMANI
                                       Assistant United States Attorney
28 |