**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 10, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

     Re:    <u>United States v. Michael Anderson</u>
               CR-07 70574 WDB

Dear Magistrate Judge Brazil:

Please add this matter to the Court's October 16, 2007, calendar for bond signing. Mr. Anderson will be present with his mother, who, as previously stated, is willing to sign on her son's bond as a surety.

Please feel free to contact me if the Court desires anything further.

                                  Respectfully submitted,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                     /S/

                                  JEROME E. MATTHEWS
                                  Assistant Federal Public Defender