1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN

8          UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                   OAKLAND DIVISION

11 UNITED STATES OF AMERICA,
                                      CR 07-70574 WDB
12         Plaintiff,
                                      **FOURTH STIPULATION TO WAIVE
13    v.                              TIME UNDER THE SPEEDY TRIAL ACT
                                      WITH RESPECT TO PRELIMINARY
14 MICHAEL MARTIN, et al.,             HEARING AND FILING OF FURTHER
                                      CHARGING DOCUMENTS**
15         Defendants.
   _____/
16

17     This matter is scheduled for preliminary hearing or
18 arraignment on Tuesday, January 29, 2008, at 10:00 a.m.
19     The parties have previously agreed and so stipulated to
20 waive time for the preliminary hearing in order for counsel to
21 have sufficient time to review the discovery and evaluate the
22 prospect of pre-indictment resolution.
23     On December 20, 2007, counsel for all parties met and
24 conferred. Shortly thereafter, the government circulated a draft
25 version of a proposed plea agreement to each defendant through
26 their respective counsel.
27     The exclusion of additional time is likely to obviate the
28 need to consume judicial and public resources insofar as the

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1   parties believe in good faith that resolution is close at hand.
2       In light of the foregoing, all of the defendants agree to
3   waive the necessary additional time pursuant to Fed.R.Crim.P. 5
4   and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-
5   liminary hearing be extended to February 26, 2008, at 10:00 a.m.
6       All of the defendants are out of custody on bond. Defen-
7   dants each have consulted with their attorneys and understand
8   that they have the right to a preliminary hearing or that
9   further charging documents be presented and filed with the Court
10  on the day of or before said preliminary hearing.  Pursuant to
11  Fed.R.Crim.P. 5.1(d), the defendants knowingly and voluntarily
12  waive their rights to a preliminary hearing on January 29, 2008,
13  and agree to extend the time for preliminary hearing until
14  February 26, 2008.
15      The parties jointly request that the time between January
16  29, 2008, and February 26, 2008, be excluded under the Speedy
17  Trial Clock to allow defendants' counsel to effectively prepare,
18  taking into account the exercise of due diligence.  See 18
19  U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties
20  agree that the "ends of justice served by the granting of such
21  continuance outweigh the best interests of the public and the
22  defendant[s] in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
23
24
25
26
27
28

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1   For the foregoing reasons, the parties respectfully request
2 that the matter be continued from January 29, 2008, to February
3 26, 2008, at 10:00 a.m.

4   Dated: January 24, 2008

                                Joseph P. Russoniello
                                United States Attorney


                                /s/ SHASHI KEWALRAMANI
                                H.H. (SHASHI) KEWALRAMANI
                                Assistant United States Attorney


```
/s/ SARA ZALKIN                    /s/
SARA ZALKIN                        MICHAEL MARTIN
Attorney for MICHAEL MARTIN        Defendant


/s/ RANDOLPH E. DAAR               /s/
RANDOLPH E. DAAR                   JESSICA SANDERS
Attorney for JESSICA SANDERS       Defendant


/s/ JEROME MATTHEWS                /s/
JEROME MATTHEWS                    MICHAEL ANDERSON
Attorney for MICHAEL ANDERSON      Defendant


/s/   TED CASSMAN                  /s/
TED CASSMAN                        DIALLO McLINN
LAUREL HEADLEY                     Defendant
Attorneys for DIALLO McLINN
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331