BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-07-70574 WDB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER WAIVING APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter presently is scheduled for preliminary hearing or arraignment on February 26, 2008. Michael Anderson is residing in the Northern District of Georgia. The government and Mr. Anderson have reached agreement regarding a proposed misdemeanor disposition of this matter, namely aiding and abetting the possession of marijuana in violation of 18 U.S.C. §§ 2 and 844. The parties wish to avoid the time and expense of causing Mr. Anderson to make repeated trips to the Northern District of California for purposes of the proposed disposition.

For these reasons, IT IS STIPULATED AND AGREED that Mr. Anderson's appearance at the preliminary hearing or arraignment on February 26, 2008 is WAIVED. On that date, the parties will propose a date for Mr. Anderson's arraignment, change of plea and sentencing.

1 

Dated: February 20, 2008

/S/
_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

Date: February 20, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    Good cause appearing therefor, IT IS ORDERED that Michael Anderson's appearance for preliminary hearing or arraignment on February 26, 2008 is WAIVED. The parties shall be prepared to propose a new date for Mr. Anderson's arraignment, change of plea and sentencing.

Dated: February 25, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD  2