# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 14, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

    Re:    <u>United States v. Michael Anderson</u>
            CR-07 70574 WDB

Dear Magistrate Judge Brazil:

    Please add this matter to the Court's April 17, 2008, calendar for consent to this Court's jurisdiction, change of plea and sentencing.

    Please feel free to contact me if the Court desires anything further.

                            Respectfully submitted,

                            BARRY J. PORTMAN
                            Federal Public Defender

                            /S/

                            JEROME E. MATTHEWS
                            Assistant Federal Public Defender

cc: AUSA Keslie Stewart